IN RE APPLICATION FOR A DECLARATORY RULING OF THE STRUCTURAL STEEL & IRON ASSOC. OF NEW JERSEY, INC.

March 26, 1974. Certification to Division of Tax Appeals granted.

BOARD OF EDUCATION OF THE CITY OF PATERSON v. BOARD OF SCHOOL ESTIMATE OF THE SCHOOL DISTRICT OF THE CITY OF PATERSON.

April 30, 1974. Certification to Chancery Division, Superior Court granted.

CARL GUTTERMAN v. STUART GUTTERMAN.

May 2, 1974. Certification to Law Division, Superior Court is granted.

WASHINGTON MARKET ENTERPRISES, INC. v. CITY OF TRENTON.

May 29, 1974. Certification to Chancery Division, Superior Court granted.

THOMAS C. ROONEY, JR. v. SYLVIA L. McEACHERN.

June 10, 1974. Certification to Law Division, Superior Court granted.